# NO. 12-19-00220-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROBIN FANNING,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | | |
| | § | *COUNTY COURT AT LAW* |
| *TRINITY VALLEY ELECTRIC*<br>*COOPERATIVE, INC. AND BONNIE*<br>*FERGUSON,* | | |
| *APPELLEES* | § | *VAN ZANDT COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Robin Fanning, acting pro se, appeals from an order of dismissal signed on February 22, 2019. Under the rules of appellate procedure, the notice of appeal must be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The record does not indicate that Appellant filed a motion for new trial, motion to modify, motion to reinstate, or request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). Thus, Appellant's notice of appeal was due on or before March 25. Appellant's notice of appeal was filed on May 23, thus, it was untimely.

On June 10, this Court notified Appellant that the information received in this appeal does not show the jurisdiction of this Court, i.e., there is no timely notice of appeal or timely motion for extension of time to file a notice of appeal. *See* TEX. R. APP. P. 26.1, 26.3. Appellant was further notified that the appeal would be dismissed unless the information was amended on or before June 20, to show the jurisdiction of this Court. *See* TEX. R. APP. P. 42.3. On June 20, Appellant filed an amended notice of appeal, but did not address the jurisdictional question presented in this Court's June 10 notice.

Because this Court is not authorized to extend the time for perfecting an appeal except as provided by the Texas Rules of Appellate Procedure, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 26.1, 26.3, 42.3(a).

Opinion delivered September 4, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 4, 2019**

**NO. 12-19-00220-CV**

**ROBIN FANNING,**
Appellant
V.
**TRINITY VALLEY ELECTRIC COOPERATIVE, INC.
AND BONNIE FERGUSON,**
Appellees

Appeal from the County Court at Law

of Van Zandt County, Texas (Tr.Ct.No. CV05721)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*